NO. 07-02-0402-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

OCTOBER 29, 2002

_____

SHAWN RAY BOB, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 181ST DISTRICT COURT OF POTTER COUNTY;

NO. 44,072-B; HONORABLE JOHN BOARD, JUDGE

_____

Before REAVIS AND JOHNSON, J.J., and BOYD, S.J.[1]

Appellant Shawn Ray Bob filed a Motion to Dismiss Appeal on October 18, 2002, averring that he no longer wishes to prosecute his appeal.

Without passing on the merits of the case, appellant's motion for voluntary dismissal is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.2. Having dismissed

---

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.

the appeal at appellant's personal request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Phil Johnson
Justice

Do not publish.